IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SAMANTHA KAY MORAN, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> COMMISSIONER OF § <br> SOCIAL SECURITY, § <br> § <br> Defendant. § | Civil Action No. 4:23-cv-00496-O-BP |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Commissioner's decision is **AFFIRMED**, and the case is **DISMISSED**.

**SO ORDERED** this **9th** day of **May, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE